FILED
03-15-07
MAR 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

H:\5054161\NOTICE OF REMOVAL.1\EPH\smb

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY ALVIS, | ) | 07CV1461 |
| | ) | JUDGE DER YEGHIAYAN |
| Plaintiff, | ) | MAG. JUDGE VALDEZ |
| | ) | |
| vs. | ) | Removed from the Circuit Court of the |
| | ) | Twentieth Judicial Circuit, St. Clair County, |
| | ) | Illinois |
| HARLEYSVILLE INSURANCE GROUP, | ) | Miscellaneous Remedies |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

TO:  United States District Court
Northern District of Illinois
Eastern Division

Defendant, HARLEYSVILLE GROUP, INC., incorrectly named as HARLEYSVILLE INSURANCE GROUP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes to this Court the state court action described below that is currently pending in the Twentieth Judicial Circuit Court, St. Clair County, Belleville, Illinois under the caption and case number *Jerry Alvis v. Harleysville Insurance Group, David A. Bailie, and Craig J. Causeman*, Case No.:07 MR 14. In support of this Notice, HARLEYSVILLE GROUP, INC. states as follows:

1. On January 12, 2007, Plaintiff, JERRY ALVIS, filed a Petition to Enforce Settlement and Adjudicate Lien against HARLEYSVILLE GROUP, INC., incorrectly named as HARLEYSVILLE INSURANCE GROUP (hereinafter referred to as HARLEYSVILLE), David A. Bailie and Craig J. Causeman. The Petition alleged that HARLEYSVILLE failed to waive its workers' compensation lien, after informing Plaintiff's attorney through its workers' compensation carrier attorneys, David A. Bailie and Craig J. Causeman, that the lien would be

waived. The Plaintiff further demanded that HARLEYSVILLE waive the lien and pay Plaintiff's attorneys' fees. A copy of the Petition is attached as Exhibit 1.

2. Plaintiff, JERRY ALVIS, is a citizen of the State of Illinois, residing in Du Quoin, Perry County, Illinois. Harleysville Group, Inc. is a Delaware corporation, with its principal place of business located in Harleysville, Pennsylvania.

3. On March 7, 2007, the 20th Judicial Circuit, St. Clair County, entered an Order dismissing Defendants David A. Bailie and Craig J. Causeman from the Petition to Waive the Lien filed by the Plaintiff. *See* Attached Exhibit 2.

4. As a result of the Court's dismissal of Defendants David A. Bailie and Craig J. Causeman from this claim, there is now a civil action between Plaintiff JERRY ALVIS and HARLEYSVILLE, citizens of different states for purposes of diversity jurisdiction.

5. As the Petition in question alleges a failure to waive a lien in the amount of approximately $100,000.00, this suit meets the jurisdictional amount required by 28 U.S.C. § 1332.

6. This is now a civil action where the Court has original jurisdiction pursuant to 20 U.S.C. § 1332, and is one that may be removed to this Court by HARLEYSVILLE pursuant to 28 U.S.C. § 1441 and 1446.

7. Venue in this case is proper because the United States District Court for the Northern District of Illinois, Eastern Division, is the district and division where personal jurisdiction may be effected against HARLEYSVILLE in DuPage County, Illinois.

8. Under 28 U.S.C. § 1446, the Defendant, HARLEYSVILLE, has within 30 days of the Order being filed within which to remove this case to Federal Court. As the original Order was

filed on March 7, 2007, this Notice of Removal comes within 30 days of the initial receipt of the Order dismissing the Defendants, David A. Bailie and Craig J. Causeman, from this case and making it removable. A copy of this Notice will be filed with the Clerk of the Twentieth Judicial Circuit, St. Clair County on March 16, 2007.

Respectfully submitted,<br>
HARLEYSVILLE GROUP, INC.,<br>
incorrectly sued as<br>
HARLEYSVILLE INSURANCE<br>
GROUP

Dated: *March 14, 2007*

*Mary Jo Greene*

Mary Jo Greene (ARDC #6185594)
Kevin W. Doherty (ARDC #3128844)
Eileen P. Hughes (ARDC #6288263)
DOHERTY & PROGAR LLC
200 W. Adams St., Suite 2220
Chicago, IL 60606
(312) 630-9630
(312) 630-9001 - Fax

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

JERRY ALVIS, )
)
Plaintiff, )
)
vs. ) Case No. 07-CH-14
)
HARLEYSVILLE INSURANCE GROUP, )
DAVID A. BAILIE, and )
CRAIG J. CAUSEMAN, )
)
Defendants. )

FILED ST. CLAIR COUNTY JAN 12 2007

## PETITION TO ENFORCE SETTLEMENT AND ADJUDICATE LIEN

Comes now the Plaintiff, Jerry Alvis, by and through his attorney, Storment, Jr., and for his Petition to Enforce the Settlement and Adjudicate the Lien alleges to the Court as follows:

1. That on or about September 27, 2006, the Plaintiff filed a personal injury suit in City of DuQuoin, State of Illinois, being Cause No. 06-L-26. A copy of said cause action is attached hereto and marked Exhibit A.

2. At the time of the Plaintiff's injury, he was an employee of Graham Painting Company, in the City of Du Quoin, which was insured by workmen's compensation policy through Harleysville Insurance Group.

3. Attorneys, Craig J. Causeman and David A. Bailie represent the workmen's compensation carrier.

4. That since the time of the accident, Plaintiff's attorney has been attempting to negotiate with the attorneys for the Harleysville Insurance Group, a waiver of the worker's compensation lien pursuant to the Kotecki Rule. Kotecki v. Cyclops Welding Corp, 146 Ill.2d. 155, 585 N.E.2d 1023, 166 Ill. Dec. 1.



ex. 1

5. That on November 6, 2006, at approximately 11:36 a.m., the attorneys for the Defendant, Harleysville Insurance Group, David A. Bailie and Craig J. Causeman called the Plaintiff Attorney's office and stated that they had spoken to the company and they would waive the worker's compensation lien, pursuant to the Civil Procedure Joint Liability provisions in section 2-1117 via <u>Kotecki v. Cyclops Welding Corp. 146 Ill.2d. 155, 585 N.E.2d 1023, 166 Ill. Dec. 1.</u>

6. The Attorney, David A. Bailie, advised the Plaintiff's Attorney, Paul M. Storment, Jr., that he would be preparing the waiver documents and forwarding them to Graham Painting Company and Harleysville Insurance Group.

7. Little progress was made on the document, and the Plaintiff's attorney called the Defendant's attorney, David A. Bailie, at which time, Mr. Bailie informed him that Graham Painting Company had signed the document, and he was waiting for Harleysville Insurance Group. to sign the document.

8. Based upon the promise to waive the worker's compensation lien, the case was settled with the tort feasor for $100,000.00.

9. The Defendant's attorney, David A. Bailie, now advises Plaintiff's attorney that the Harleysville Insurance Group <u>reneged</u> on the agreement to waive the worker's compensation lien, and now has failed and refused to sign the document.

10. David A. Bailie and Craig J. Causeman had expressed authority to consummate the settlement and waiver of the worker's compensation lien.

11. The Plaintiff's attorney had expressed authority to consummate the settlement and the Plaintiff settled the case based upon the fact that he would receive a check from the tort feasor free and clear of any worker's compensation liens.

12. David A. Bailie and Craig J. Causeman, on behalf of the Defendant, Harleysville Insurance Group, now refuses to honor the settlement agreement with

Plaintiff although one of their client's, Graham Painting Company, to honor the settlement and waive the lien.

13. The Plaintiff has made numerous demands to resolve this dispute and is entitled to attorney fees.

14. All or part of the waiver contract occurred in St. Clair County, Illinois.

WHEREFORE, the Plaintiff prays that the Court enter an order enforcing the settlement, and to release the lien on the settlement check; and further sign the settlement check on behalf of the Defendant, and enter an order for attorney fees.

PAUL M. STORMENT, JR., P.C

*Paul M. Storment*

PAUL M. STORMENT, JR., #02748150
310 East Washington Street
Belleville, IL 62220
(618) 233-4846
ATTORNEY FOR PLAINTIFF

State of Illinois

# IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS

PLAINTIFF JERRY ALVIS

vs.

HARLEYSVILLE
DAVID BAILIE
CRAIG CAUSEMAN
.Defendant

No. 07 MR 14


FILED
ST. CLAIR COUNTY
MAR 07 2007

## ORDER

This cause coming before the Court; the Court being fully advised in the premises and having jurisdiction of the subject matter;

The Court finds: MOTION TO DISMISS PETITION AND

IT IS THEREFORE ORDERED: TO STRIKE REQUEST TO ADMIT BY BAILIE AND CAUSEMAN ARE GRANTED.

BAILIE AND CAUSEMAN ARE ORDERED TO BE PRESENT FOR HEARING AS WITNESSES ON MARCH 28, 2007 AT 9 AM BEFORE JUDGE GLEESON COURT ROOM 407.

Attorneys
_____
Plaintiff

Enter:
_____
Judge Andrew J. Gleeson

ex. 2